## BARBARA LANGER *v.* TWIN CITY FIRE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 21500) is denied.

*Barbara Langer,* pro se, in support of the petition.

Decided May 2, 2001

## CITY OF HARTFORD *v.* PAN PACIFIC DEVELOPMENT (CONNECTICUT), INC., ET AL.

The defendant First Union National Bank's petition for certification for appeal from the Appellate Court, 61 Conn. App. 481 (AC 18687), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*Mark L. Bergamo,* in support of the petition.

*Denise E. Aguilera,* assistant corporation counsel, in opposition.

Decided May 9, 2001

## STATE OF CONNECTICUT *v.* BRUCE TABER

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 901 (AC 19193), is denied.

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided May 9, 2001